*In re* EXTENSIÓN DE TÉRMINOS POR MOTIVO DE CONCESIÓN DEL VIERNES 28 DE NOVIEMBRE DE 2014.

*Número:* EM-2014-10          *Resuelto:* 18 de noviembre de 2014

## RESOLUCIÓN

Mediante la Orden Administrativa OAJP-2014-006, sobre Medidas de Control de Gastos para el Año Fiscal 2014–2015, se concedió a los funcionarios(as) y empleados(as) de la Rama Judicial el viernes 28 de noviembre de 2014, libre con cargo a la licencia de vacaciones.

En virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902 (1 LPRA secs. 72 y 73), y se considerará el viernes 28 de noviembre de 2014 como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el lunes 1 de diciembre de 2014, que es el próximo día laborable.

*Se ordena la inmediata difusión pública de esta Resolución. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*